# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NATHANIEL J. CULLUM,<br><br>Defendant. | 8:14CR345<br><br>**ORDER** |

The defendant appeared before the court on February 27, 2019 regarding Amended Petition for Offender Under Supervision [68]. Richard H. McWilliams represented the defendant. John E. Higgins represented the government. The defendant was advised of the alleged violation(s) of supervised release, right to retain or appointment of counsel, and any right to a preliminary hearing in accordance with Federal Rule of Criminal Procedure 32.1(a)(3).

The government made an oral motion to dismiss Petition for Offender Under Supervision [65]. The government's oral motion to dismiss Petition [65] is granted without objection.

The defendant freely, knowingly, intelligently, and voluntarily waived the right to a preliminary hearing. Fed. R. Crim. P. 32.1(b)(1)(A). The Court finds probable cause as alleged in the petition to believe the defendant violated the terms of supervised release and the defendant should be held to answer for a final dispositional hearing. Fed. R. Crim. P. 32.1(b)(1)(C). The defendant shall appear personally for a final dispositional hearing before Senior Judge Bataillon in Courtroom 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on March 15, 2019, at 1:30 p.m.

The government did not move for detention. The defendant shall be released on the current terms and conditions of supervision upon approval of Senior Judge Bataillon and the Bureau of Prisons for public law placement at Dismas Charities in Kearney, Nebraska.

**IT IS SO ORDERED**.

Dated this 27th day of February, 2019.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge